UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

**BADRIEH NAJJAR,**

Chapter 13

Case No. 14-45311-ess

Debtor.

-----------------------------------------------------------x

# ORDER MODIFYING AUTOMATIC STAY

Georgette Kodsi (***the*** "Applicant") having moved this Court for an order dismissing the Chapter 13 case filed by Badrieh Najjar (***the*** "Debtor") or an order vacating the automatic stay as to Applicant with respect to the real property at 115 Bay Ridge Avenue, Brooklyn, New York (the "Property"), and the Court having read and considered all of the pleadings, and the matter having come before the Court for hearings on December 8, 2014, December 11, 2014, December 16, 2014, and March 2, 2015, and on March 2, 2015 the Court having found that there is cause ***to modify*** ~~vacate~~ the automatic stay under 11 U.S.C. §362(d)(1), it is ***hereby***

ORDERED, that pursuant to 11 U.S.C. §362(d)(1), the automatic stay is ***modified*** ~~vacated~~ as to ***the*** Applicant with respect to the Property ~~and~~ ***so that the*** Applicant ***may pursue her rights under applicable law with repsect to the Property*** ~~is authorized to continue to proceed with its foreclosure proceedings against the owner of the Property and the Debtor, and to take all steps permitted by law to protect her interests in the foreclosure proceedings~~.



Dated: Brooklyn, New York
March 19, 2015

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**